Eli W. La Bombarde, Respondent, v. Agricultural Insurance Company of Watertown, Appellant. — Judgment reversed, new trial

granted, costs to abide event. Opinion by Learned, P. J